### No. 22115.

Court of Criminal Appeals of Texas.

May 13, 1942.

## REYNOLDS v. STATE.

### No. 22112.

Court of Criminal Appeals of Texas.

May 13, 1942.

Joe Bailey Morris, of Dallas, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of murder with malice, and his punishment assessed at thirty-five years' confinement in the penitentiary.

The record is before this court without statement of facts or bills of exceptions. The motion for a new trial contains matters alleged to be errors committed upon the trial of this cause, which we are unable to correctly appraise on account of the absence of a statement of facts and bills of exceptions.

All proceedings herein seem to be regular, and we have no other alternative than to affirm the judgment, which is accordingly done.